# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-12082-MDC

CHAD JOHNSON

319 Forest Ave

Willow Grove, PA 19090

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CHAD JOHNSON

  319 Forest Ave

  Willow Grove, PA 19090

Counsel for debtor(s), by electronic notice only.

  ALAN D BUDMAN
  1150 OLD YORK RD
  2ND FLOOR
  ABINGTON, PA 19001

Date: 9/22/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee