United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12082-mdc
Chad Johnson                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Dec 08, 2017
                              Form ID: pdf900           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
```
db          +Chad Johnson,    319 Forest Ave,    Willow Grove, PA 19090-2810
cr          +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13889492     JP Morgan Chase Bank, N.A.,    3415 Union Dr.,    Columbus, OH 43219
13968719    +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
              Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13905584    +Matteo S. Weiner, Esquire,    c/o JPMorgan Chase Bank,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13889493     Santander Consumer,    PO Box 961245,    Terrell, TX 75161
13908920    +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13967512    +William E. Craig, Esq. Morton & Craig, LLC,    110 Marter Ave.,    Suite 301,
              Moorestown, NJ 08057-3124
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 09 2017 01:10:06    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2017 01:09:19
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 09 2017 01:10:00    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13896053    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 09 2017 01:09:54    KeyBank N.A.,
              4910 Tiedeman Road,    Brooklyn, OH 44144-2338
13939217    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2017 01:11:20    Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13908922*    +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
```
              ALAN D. BUDMAN    on behalf of Debtor Chad  Johnson alan-budman@erols.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHAD JOHNSON                                    Chapter 13

              Debtor            Bankruptcy No. 17-12082-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this ___26th___ day of ___October___, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN D BUDMAN
1150 OLD YORK RD
2ND FLOOR
ABINGTON, PA 19001

Debtor:
CHAD JOHNSON

319 Forest Ave

Willow Grove, PA 19090